IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LISSIE D. J.-H.,
    *Plaintiff[1]*,

 v.

               No. 1:24-cv-01836-MSN-IDD

COMMISSIONER OF SOCIAL SECURITY,
*et al.*,
    *Defendants.*

ORDER

This matter comes before the Court on the cross-motions for summary judgment filed by Plaintiff Lissie D. J.-H. (ECF 11), and Defendant Commissioner of Social Security (ECF 14); the Report and Recommendation by Magistrate Judge Ivan D. Davis (ECF 19); and Plaintiff's Objections to the Report & Recommendation (ECF 20). For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Objections to the Report & Recommendation (ECF 20) are OVERRULED; it is further

ORDERED that the Report and Recommendation (ECF 19) is APPROVED and ADOPTED in full; it is further

ORDERED that Plaintiff's Motion for Summary Judgment (ECF 11) is DENIED; it is further

ORDERED that Defendant's Motion for Summary Judgment (ECF 14) is GRANTED; and it is further

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts use only the first name and last initial of any non-government parties in Social Security cases due to privacy concerns endemic to such cases.

ORDERED that judgment shall be entered in favor of Defendant Commissioner of the Social Security Administration.

It is SO ORDERED.

The Clerk is directed to enter judgment in favor of Defendant pursuant to Federal Rule of Civil Procedure 58, and to close this civil action.

_____/s/_____
Michael S. Nachmanoff
United States District Judge

March 24, 2026
Alexandria, Virginia

2